[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PC Scan

FILED 8/16/2021 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

RECEIVED LK 7/13/2021 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

ERIC E. BERNARD, ~~[redacted]~~

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Illinois Department of Corrections
ANN GANGER,
DAVE SKIDWORTH,
JACOB WOLOSONOVICH,
OFFICER FUTOS,
CECILIA GROSSMAN,
NURSE MINTER.

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No: 21-CV-50124
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:          **AMENDED COMPLAINT**

__✓__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1 of 17

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

NURSE THILEN,
CNA MORELAND,
JANE DOES,
JOHN DOES,
CNA FELDER,
CNA RUSSELL,
CNA L. BARLOW,

        DEFENDANTS.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: ERIC E. BERNARD

   B. List all aliases: TERRELL KING

   C. Prisoner identification number: R25398

   D. Place of present confinement: DIXON CORRECTIONAL CENTER

   E. Address: 2600 N. BRINTON, DIXON, IL 61021

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: ANN GANGER

      Title: CORRECTIONAL LIEUTENANT

      Place of Employment: DIXON CORRECTIONAL CENTER

   B. Defendant: DAVID SKIPWORTH

      Title: CORRECTIONAL SERGENT

      Place of Employment: DIXON CORRECTIONAL CENTER

   C. Defendant: JACOB WOLOSONOVICH

      Title: CORRECTIONAL OFFICER

      Place of Employment: DIXON CORRECTIONAL CENTER

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

3 OF 17

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| DEFENDANT NAME | TITLE | PLACE OF EMPLOYMENT |
|---|---|---|
| OFFICER FUTOS | CORRECTIONAL OFFICER | DIXON FACILITY |
| CECILIA GROSSMAN | CORRECTIONAL NURSE ASSISTANT | DIXON FACILITY |
| NURSE THIELEN | CORRECTIONAL NURSE | DIXON FACILITY |
| NURSE MINTER | CORRECTIONAL NURSE | DIXON FACILITY |
| CNA MORELAND | CORRECTIONAL NURSE ASST. | DIXON FACILITY |
| JOHN DOES | CORRECTIONAL OFFICERS | DIXON FACILITY |
| JANE DOES | CORRECTIONAL NURSE AND OFFICER | DIXON FACILITY |
| CNA RUSSELL | CORRECTIONAL NURSE ASSISTANT | DIXON FACILITY |
| CNA L. BARLOW | CORRECTIONAL NURSE ASSISTANT | DIXON FACILITY |
| CNA FELDER | CORRECTIONAL NURSE ASSISTANT | DIXON FACILITY |
| Illinois Department Of Corrections | ~~ENTI~~ AS A BODY | 1301 CONCORDIA SPRINGFIELD, IL |

All Defendants as BEING SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

  A. Name of case and docket number: BERNARD V. D.D.O.C
  NO 21-CV-50129

  B. Approximate date of filing lawsuit: MARCH 10 2021

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD

  D. List all defendants: D.D.O.C

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL

  F. Name of judge to whom case was assigned: NAIN D. JOHNSTON

  G. Basic claim made: CONSITUTIONAL VIOLATIONS

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

  I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

LITIGATION

- Bernard v. Scott, No. 15-CV-50277, Eric E. Bernard, Roger Scott & Ann Johnston, Constitution violation, pending, FEDERAL
- Bernard v. J.D.O.C., No. 20-CV-50413, Eric E. Bernard, J.D.O.C. & Ann Johnston, ADA/RA violation, pending, FEDERAL
- Bernard v. J.D.O.C., No. 20-CV-50412, Eric E. Bernard, J.D.O.C., Ann Johnston, Constitution violations, pending, FEDERAL
- Bernard v. J.D.O.C., No. 21-CV-50124, Eric Bernard, J.D.O.C., Ann Johnston, Robert Blakey, Excessive Force, pending, FEDERAL
- Bernard v. Melvin, No. 18-CV-01333, Eric Bernard, Michel Melvin, James Stadd, 8th Amendment, pending, FEDERAL
- Bernard v. Casteel, No. Unknown, Eric Bernard, Kevin Casteel, Unknown, Dismissed, FEDERAL
- Bernard v. St. James Hosp., No. ___, Eric Bernard, St. James Hospital / JDOC, Sara Darrow, 8th Amend violations, pending, FEDERAL
- Bernard v. SR Hospital, No. 20-CV-05373, Eric Bernard, J.D.O.C., Judge Robert Blakey, ADA/RA, Dismissed 2020, FEDERAL
- Bernard v. J.D.O.C., No. 20-CV-5346, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed 2020, FEDERAL
- Bernard v. JDOC, No. 20-CV-5347, Eric Bernard, J.D.O.C., Robert Blakey, 8th Amend, Dismissed 2020, FEDERAL
- Bernard v. JDOC, No. 20-CV-5349, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed 2020, FEDERAL
- Bernard v. J.D.O.C., No. 20-CV-5351, Eric Bernard, J.D.O.C., Robert Blakey, 8th Amend, Dismissed 2020, FEDERAL
- Bernard v. J.D.O.C., No. 20-CV-5342, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed 2020, FEDERAL
- Bernard v. J.D.O.C., No. 20-CV-5363, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed 2020, FEDERAL
- Bernard v. J.D.O.C., No. 20-CV-5341, Eric Bernard, JDOC, Robert Blakey, ADA/RA, pending, FEDERAL
- Bernard v. JDOC, No. 20-CV-5368, Eric Bernard, JDOC, Robert Blakey, 8th Amend, pending, FEDERAL
- Bernard v. JDOC, No. 20-CV-5370, Eric Bernard, JDOC, Robert Blakey, 8th Amend, pending, FEDERAL
- Bernard v. JDOC, No. 20-CV-5371, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed, FEDERAL
- Bernard v. JDOC, No. 20-CV-5382, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed, FEDERAL
- Bernard v. JDOC, No. 20-CV-5361, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed, FEDERAL
- Bernard v. JDOC, No. 20-CV-5343, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed, FEDERAL
- Bernard v. JDOC, No. 20-CV-5344, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed, FEDERAL
- Bernard v. JDOC, No. 20-CV-5350, Eric Bernard, JDOC, Robert Blakey, 8th Amend, Dismissed, FEDERAL

Other states information / Ds unavailable to plaintiff at the moment.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Eric Bernard is an inmate in the custody of the Illinois Department of Corrections at Dixon Correction Center housed in the Health Care Unit Infirmary under full care Medical Self Care Assistance (due to strokes that happened in 2019). Plaintiff is also diagnosed with Schizoaffective Bipolar Disorder, PTSD, Anti Social Disorder and Border line Disorder (see exhibits

On February 17, 2020 plaintiff asked Futos, Wolosonovich, Grossman, Skipworth, Nurse Minter, Moreland, Nurse Thielen, Ganger, John Doe, Jane Doe for a crisis team because he felt suicidal and was going to hurt himself around 3:15 pm they all ignored plaintiff. Plaintiff then began swallowing sharp metal objects and spitting blood up. Plaintiff was ignored for hours. Around 8:00 pm Futos, Wolosonovich, Grossman, Skipworth, Minter, Jane Doe, John Doe came

7 of 17

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

into plaintiff's cell, hand cuffed him then was told that he was being put on the bed with the hoyer lift, plaintiff informed them all that he was sick, spitting up blood, sharp pains in his stomach, needed medical attention and for his safety he requested to be put on crisis observation because he had sharp objects and will continue to do so. Plaintiff was ignored and was connected to the hoyer lift, defendants was trying to put plaintiff on his bed but plaintiff keep falling out the hoyer lift sling because the hoyer was broke. Plaintiff was then beaten by Ganger, Skipworth, Futos, Wolosonovich, Grossman, Minter, John Doe and Jane Doe. These defendants was punching, kicking, slammed plaintiff to the ground then continued to punch and kick his face and body, stripped plaintiff naked, then Skipworth began spraying plaintif with O.C. then Ganger ordered to spray plaintiff penis and was then turned over and

9 of 17

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SPRAYED ON HIS. THEN PLAINTIFF WAS DRAGGED ON THE FLOOR, DOWN THE HALLWAY AND PUT IN A CRISIS CELL, BEATEN AGAIN THEN DEFENDANTS LEFT AND DID NOT GIVE PLAINTIFF MEDICAL TREATMENT. PLAINTIFF HEAD WAS BUSTED, LIP BUSTED, BODY ACHING FROM THE BEATING AND BODY/EYES BURNING FROM THE OC SPRAY. PLAINTIFF HAS OPEN SORES ON HIS GROIN AREA AND ON HIS REAR END WHERE HE WAS SPRAYED WHICH CAUSED SHARP BURNING PAIN. PLAINTIFF WAS LEFT UNDER THIS CONDITION ALMOST A WEEK. PLAINTIFF REQUESTED MEDICAL ATTENTION TO JANE DOES (NURSES), CNA FELDER, CNA L. BARLOW AND CNA RUSSELL, THEY REFUSED TO CLEAN THE OC SPRAY OFF PLAINTIFF OR PROVIDE ANY MEDICAL CARE. PLAINTIFF IS UNDER MEDICAL SELF CARE, CNA'S AND NURSES ARE RESPONSIBLE FOR CLEANING PLAINTIFF BUT THEY REFUSED TO WASH OFF THE OC SPRAY.

PLAINTIFF RESERVES HIS RIGHT TO CHALLENGE THE I.D.O.C POLICY ON USING OC SPRAY ON HIM AND DISABLED INMATES AS IT VIOLATES THE AMERICANS WITH DISABILITY ACT AND REHABILITATION ACT.

PLAINTIFF DONT KNOW HOW TO PROPERLY INCLUDE THESE CLAIMS AGAINST THE PROPER DEFENDANT AND ASK THAT THIS COURT RECRUIT COUNSEL SO PROPER CLAIMS, PROPER DEFENDANTS CAN BE PROPERLY FILED BY COUNSEL.

10 OF 17

## COUNT #1

Excessive Force (8th Amendment Violation) Against Defendants Thielen, Ganger, Skipworth, Wolosonovich, Futos, Grossman, Minter, Doe Officer and John Doe Officer,

Plaintiff incorporates and re-alleges the preceding paragraphs of this pleading as if fully alleged herein.

As described above, Defendants had used excessive force against plaintiff by physically abusing him.

Because plaintiff was a prisoner in their custody/care, Defendants had a duty to refrain from deliberately or intentionally harming plaintiff or acting in a manner that showed utter indifference to or conscious disregard for plaintiff safety.

As stated above Defendants physically abused plaintiff by striking him in his head and body, spraying him with OC spray in his face, private areas of body while conducting an unlawful cell extraction then dragged plaintiff on the floor

Defendants were aware that an injury will/would likely result from their couse of action and recklessly disregarded consequences of those actions.

As a direct and proximate result from their course plaintiff suffered physical and emotional injuries

## COUNT #2

**Deliberate Indifference to a Serious Medical Needs (8th Amendment Violation) Against Defendants Ganger, Skipworth, Futos, Wolosonovich, Minter, Grossman, Moreland, Jane Doe Nurses, Jane Doe Officer, John Doe Officers, Russell, Felder and Barlow and Jan Doe Nurse**

Plaintiff incorporates and realleges the preceding paragraphs of this pleading as if fully alleged herein.

As described above, Defendants had notice of plaintiff medical needs and the seriousness of his medical needs, and they knew the risk of harm he faced if he did not recieve appropriate medical care, despite that knowledge, defendants failed to provide plaintiff with proper medical care.

Defendants knowingly failed to provide medical attention to plaintiff for the sharp objects that he swallowed, physical injuries to his head face and body, including removing the O.C. spray from his face, head and body and eyes

As a result, plaintiff suffered prolonged burning of his skin, dificulty breathing, pain to the stomach and body, anxiety and emotional distress, in violation of the Eighth Amendment.

COUNT #3

Deliberate Indifference to Plaintiff Serious Mental Health Needs (8th Amendment Violation) against Defendants Thielen, Ganger, Skidworth, Wolosonovich, Minter, John Doe Officer, Grossman

Plaintiff incorporates and re-alleges the preceding paragraphs of this pleading as if fully alleged herein.

As described above, at all times Defendants was aware that plaintiff is an seriously mentally ill person who is diagnosed with Schizoaffective Bipolar; P.T.S.D; Depression; Borderline personality disorder and Anti Social personality disorder. Defendants was aware that plaintiff recieve a high level of Mental Health treatment and known for self injurous behavior and that if he request to speak to a crisis team member, that he should promtly recieve crisis evaluation.

Defendants denied plaintiff mental health service after he requested for crisis team because he was suicidal and about to self harm. Defendants intentionally with deliberate indiffence failed to take promt action to guarantee plaintif safety.

As an direct and proximate result of defendants failure to provide plaintiff promt Mental Health Service, plaintiff self harmed himself, injuries left plaintiff with pain and emotional distress. In violation of the eighth amendment of the United States Constution

13 of 17

## COUNT # 4

## CRUEL AND UNUSUAL PUNISHMENT (8th Amendment Violation)

Against Defendants Ganger, Skidworth, Wolosonovich, Futos, Minter, Thielen, Futos, Grossman, Moreland, Felder, Russell, John Doe Officers, Jane Doe Officer, Jane Doe Nurses and Felder, Russell, Barlow

Plaintiff incorporates and re-alleges the proceeding paragraphs of this pleading as if fully alleged herein.

As described above, Defendants inflicted unnecessary physically and emotional pain and suffering on plaintiff by physically assaulting him, spraying him with O.C. spray and forcibly extracting him from his cell with total disregard to his physical paralysis.

Defendants also failed to provide medical attention to plaintiff after he swallowed objects, got assaulted and sprayed with OC spray and leaving him under these conditions for days.

Alternatively, Defendants knew the risk of harm that their misconduct posed and nevertheless acted with deliberate indifference in carrying out the cell extraction without proper protocols given plaintiff's physical impairments.

As a result of Defendants unjustified and unconstitutional conduct, plaintiff suffered pain, emotional distress and physical injuries.

14 of 17.

Count # 5

Intentional Infliction of Emotional Distress under Illinois Law Against Defendants Ganger, Skipworth, Wolosonovich, Futos, Minter, Jane Doe Officer, John Doe Officer, Grossman, Felder, Russell, Barlow

Plaintiff re-alleges and incorporates the proceeding paragraphs of this pleading as if fully alleged herein.

As described above, defendants' physical abuse including: striking him in his head and body; spraying him with OC spray in his face, private parts and body during cell extration when plaintiff was physically incapacitated; failing to protect him from self self and denying him mental health services/medical care — caused plaintiff extreme emotional distress.

Defendants' actions set forth above were rooted in an abuse of power and authority.

Defendants' actions set forth above were undertaken with intent or knowledge that there was a probability that the conduct would inflict severe emotional distress or with reckless disregard of that probability.

Defendants' actions set forth above were undertaken with malice, willfulness, and reckless indifference to plaintiff's rights.

As direct and proximate result of this misconduct, plaintiff suffered injuries, including severe emotional distress and great conscious pain and suffering.

## COUNT #6
## Willful and Wanton Misconduct Under Illinois Law
## Against Defendants, Ganger, Skipworth, Wolondovich, Futos, Nurse Minter, Jane Doe Officer, John Doe Officer, Grossman, Felder, Russell, Barlow

Plaintiff incorporates and re-alleges the precedings paragraphs of this pleading as if fully alleged herein.

Because plaintiff is in the custody of the I.D.O.C, defendants had a duty to refrain from deliberately or intentionally harming plaintiff or acting in a manner that showed utter indifference to conscious disregard for plaintiff safety.

As described above, defendants' physical abuse including striking him in his head and body, spraying him in his face, private parts and body, denying him mental health service and medical care while plaintiff was physically incapacitated caused plaintiff extreme emotional distress.

Defendants were aware that an injury would likely result from their course of action and recklessly disregarded the consequences of those actions.

As a direct and proximate result of defendants' willful and wanton misconduct, plaintiff suffered pain, physical and emotional injuries.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Declaratory and Injunction Relief;
Equitable Relief;
Compensation Damages/Money Damages
Punitive Damages
Any and All Relief as this Court Deems Appropriate

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12 day of July, 20 21

_____
(Signature of plaintiff or plaintiffs)

ERIC E. BERNARD
(Print name)

R25398
(I.D. Number)

DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021
(Address)

17

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]